

VINCENT J. KILDUFF, S.B. #57494
Law Offices of
Vincent J. Kilduff
181 Devine Street
San Jose, Calif. 95110
(408) 279-4400

The following constitutes
the order of the court. Signed August 11, 2011

_____
Stephen L. Johnson
U.S. Bankruptcy Judge

Attorney for Creditor & Plaintiff,
Patrice Anderson

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| In re: ) | Case No. 10-55627 RLE |
| ) | |
|    JAMES M. LIQUORI, dba ) | CHAPTER 7 |
|    SIGNATURE PROPERTIES ) | |
| _____ ) | |
| PATRICE ANDERSON, ) | |
| ) | Adversary No. 10-05292 |
|           Plaintiff, ) | |
| ) | JUDGMENT |
|    vs. ) | |
| ) | |
| JAMES M. LIQUORI, dba ) | |
| SIGNATURE PROPERTIES, ) | |
| ) | |
| ) | |
|           Defendant. ) | |
| _____ ) | |

    Plaintiff, PATRICE ANDERSON, filed her complaint for Determination of Dischargeability of Debt pursuant to 11 U.S.C. §§ 523(a)(2)(A), 523 (a)(2)(B) and 523 (a)(4) [hereafter referred to as "Complaint"], on August 24, 2010. In his Answer, defendant, JAMES M.

---

**JUDGMENT**

LIQUORI, disputed the facts set forth in the Complaint and alleged the debt was evidenced by an unsecured promissory note dated February 1, 2008. The parties agree and stipulate that a Judge of the United States Bankruptcy Court may enter the following judgment.

NOW, THEREFORE, IT IS ADJUDGED, ORDERED, AND DECREED that the following debt, arising out of the transactions more fully described in the Complaint, is non-dischargeable:

Defendant's indebtedness to plaintiff arising out of the transactions leading to and evidenced by an unsecured promissory note dated February 1, 2008 in the amount of $105,000 is a non-dischargeable debt, pursuant to 11 U.S.C. §§ 523(a)(2)(A), 523 (a)(2)(B) and 523 (a)(4).

**\*\*END OF ORDER\*\***